# MINUTE ORDER

Page 6

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**                      Date: 4/3/26      Time: 1:30 p.m.

Defendant: Darius Montaque Haymon      J#: 08321-104   Case #: 26-CR-20078-LEIBOWITZ

AUSA: Nadia Rossbach                          Attorney: AFPD, Bunmi Lomax

Violation: Possession of Firearm and Ammunition by a Convicted Felon            Surr/Arrest Date: 4/2/26   YOB: 1990

Proceeding: Initial Appearance/Arraignment                    CJA Appt:

Bond/PTD Held: ○ Yes  ○ No         Recommended Bond:

Bond Set at: STIP-Pretrial Detention w/right to revisit.        Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs

  Language: English

- [x] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [x] Random urine testing by Pretrial Services

  Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [x] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [x] Not to encumber property
- [x] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: _____
- [x] Other: _____

| Disposition: |
| --- |
| Defendant advised of rights and charges. |
| Government Ore Tenus Request to Unseal-GRANTED |
| Defendant Sworn. |
| Defendant Ore Tenus Request for Appointed Attorney-GRANTED |
| AFPD-Appointed |
| Parties STIP-Pretrial Detention w/right to revisit.   Defendant Detained. |
| Defendant Arraigned. |
| Defendant Ore Tenus Request for Standing Discovery Order-GRANTED |
| Brady Order Given. |
| Time from today to _____ excluded. from Speedy Trial Clock |

**NEXT COURT APPEARANCE**   Date:         Time:         Judge:              Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:07:29                          Time in Court: 3 Mins

s/Edwin G. Torres                          Magistrate Judge